AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

***** DISTRICT OF  NEVADA

SAMUEL HERRERA, JR.,

      Petitioner,           JUDGMENT IN A CIVIL CASE

V.

                              CASE NUMBER: **3:10-CV-00455-LRH-VPC**

CENTRAL VALLEY COMMUNITY
CORRECTIONAL FACILITY,

      Respondents.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is DISMISSED without prejudice for petitioner's failure to comply with the court's order [5].   FURTHER ORDERED that a certificate of appealability is DENIED.

October 12, 2010                                                       **LANCE S. WILSON**
                                                                               Clerk

                                                                       /s/ M. Campbell
                                                                         Deputy Clerk